24 So.2d 768

### Aline R. STEPHENS v. STATE.

I Div. 482.

Court of Appeals of Alabama.

April 3, 1945.

Rehearing Granted Feb. 19, 1946.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va. for appellant.

[1] Ante, p. 24.

[1] Ante, p. 24.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

RICE, Judge.

The questions raised on this appeal are identical with those in the appeal styled Marsh v. State, Ala.App., 21 So.2d 558.[1] And upon the authority of our opinion and decision in that case—recently handed down —the judgment here appealed from is affirmed.

Affirmed.

PER CURIAM.

Reversed and rendered on authority of Grace Marsh v. State of Alabama, 66 S.Ct. 276.

D. R. Coley, Jr., of Mobile, Grover C. Powell, of Atlanta, Ga., Hayden C. Covington, of Brooklyn, N. Y., and Roy A. Swayze, of Arlington, Va., for appellant.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

